# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDO AGUDELO CONTRERAS, | Case No. 5:26-cv-02816-MRA-MBK |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MARKWAYNE MULLIN., et al., | A# 244-543-018 |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that: (1) Judgment be entered GRANTING the petition; (2) a writ of habeas corpus be issued requiring Brando Agudelo Contreras' (A# 244-543-018) immediate release and prohibiting his re-detention absent notice and a hearing; and (3) that Respondents file a status

report within three (3) calendar days from the date of this order confirming Petitioner's release and compliance with this order.

Dated: June 12, 2026

_____

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2