# JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDO AGUDELO CONTRERAS, | Case No. 5:26-cv-02816-MRA-MBK |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN., et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: June 12, 2026



_____

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE